**97–381. Toledo Edison Co. v. Pub. Util. Comm.**

Public Utilities Commission, No. 95–910–EL–AEC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal and the joint motion for temporary stay of proceedings,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED by the court that the motion for temporary stay of proceedings be, and hereby is, moot.

**97–464. Office v. Office.**

Montgomery App. No. 15298. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. It appears from the records of this court that appellee/cross-appellant has not filed a combined memorandum in support of the cross-appeal and in response to appellant/cross-appellee's memorandum in support of jurisdiction, due April 2, 1997, in compliance with the Rules of Practice of the Supreme Court, and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal of Lynn E. Office be, and hereby is, dismissed.

**97–577. State ex rel. Jackson v. Cain.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, April 9, 1997*

## MERIT DOCKET

**97–300. State ex rel. Velasquez v. Voinovich.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–348. State ex rel. Shie v. Wayne Cty. Court of Appeals.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–359. State ex rel. SuperAmerica Group, Div. of Ashland, Inc. v. Adzic.**

In Mandamus and Prohibition. On answer of respondent, motion for leave to intervene of Carl Wilkenfeld, James R. Jump and Mary V. Fellabaum, and on answer of intervening respondents. The motion for leave to intervene is granted. Answers treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–366. State ex rel. Hart v. Reece.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.